IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02525-RBJ-MJW

JELANI LATEEF MILLER,

Plaintiff,

v.

ANTHONY FOSTER, #86035 sued in his official and individual capacity,
SCOTT MATTOS, #01051 sued in his official and individual capacity,
SAMUEL STIGLER, III, #05024 sued in his official and individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Prisoner's Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (Docket No. 14) is DENIED AS MOOT. Judge Boland granted plaintiff's earlier motion to proceed pursuant 28 U.S.C. § 1915 (Docket No. 3) on September 25, 2012 (Docket No. 4). In addition, on November 28, 2012 (Docket No. 11), the clerk mailed copies of the appropriate documents to the U.S. Marshall Service for service of process on defendants.

Date: December 12, 2012