# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02525-RM-MJW

JELANI LATEEF MILLER,

      Plaintiff,

v.

ANTHONY FOSTER, #86035 sued in his official and individual capacity,
SCOTT MATTOS, #01051 sued in his official and individual capacity, and
SAMUEL STIGLER, III, #05024 sued in his official and individual capacity,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to Order [Doc. No. 62, filed March 10, 2014], it is

ORDERED that Defendants' Objection in Part to Report and Recommendation [Doc. No. 56, filed November 21, 2013] is OVERRULED IN PART and GRANTED IN PART. It is further

ORDERED that the Magistrate Judge's Recommendation on Defendants' Motion for Summary Judgment (Docket No. 48) [Doc. No. 54, filed November 18, 2013] is ACCEPTED as to the dismissal of Plaintiff's claims based on allegations of an illegal strip/body cavity search. It is further

ORDERED that Plaintiffs' claims are dismissed without prejudice on the basis stated in the Recommendation and for failure to demonstrate any cognizable injury as to

any claim of excessive force, and Defendants' Motion for Summary Judgment [Doc. No. 48, filed September 26, 2013] is GRANTED on these bases. It is further

ORDERED that the Clerk shall enter judgment in favor of Defendants, with each party to bear his own costs.

Dated at Denver, Colorado this 11th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Nicholas Richards
_____

Nicholas Richards
Deputy Clerk